**Order entered January 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01324-CV

### IN THE INTEREST OF D.D.A., A CHILD

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-17-03029

## ORDER

In accordance with this Court's order dated December 17, 2018, appellant has provided written verification that she filed a Statement of Inability to Afford Court Costs with the District Clerk. Accordingly, appellant is entitled to a free record on appeal. *See* TEX. R. CIV. P. 145(f).

We **ORDER** Felicia Pitre, Dallas County District Clerk, and Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file their respective records **WITHIN THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre, Ms. Duffey, and all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE